MAY 1 4 2008

RECEIVED

MAY 14 2008

MAY 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

David Fuentes,
Corey Frazier,

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cook County Sheriff Tom Dart,

C.C.D.O.C. Director Gordines,

Superintendant(s) Salazar,

Snooks

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV2789
JUDGE MANNING
MAG. JUDGE NOLAN

CHECK ONE ONLY:

✓  COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
   U.S. Code (state, county, or municipal defendants)

___  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
     28 SECTION 1331 U.S. Code (federal defendants)

___  OTHER (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

I. **Plaintiff(s):** #1

   A. Name: DAVID I. FUENTES

   B. List all aliases: _____

   C. Prisoner identification number: 2007-00-85000

   D. Place of present confinement: DIVISION 5 tier 2 F Cook County Jail

   E. Address: 2700 So. California

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: THOMAS SNOOKS

      Title: C.C.D.O.C. SUPERINTENDANT

      Place of Employment: Cook County

   B. Defendant: _____

      Title: _____

      Place of Employment: _____

   C. Defendant: _____

      Title: _____

      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

I. **Plaintiff(s):**

A. Name: David Fuentes

B. List all aliases: _____

C. Prisoner identification number: 2007-00-85000

D. Place of present confinement: Cook County Dept. of Corr.

E. Address: 2700 So. California Ave.

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Sheriff TOM DART

Title: Cook County Sheriff

Place of Employment: Cook County

B. Defendant: GORDINES

Title: Cook County Dept. of Corr. Director

Place of Employment: Cook County

C. Defendant: SALAZAR

Title: Cook County Dept. of Corr. Superintendent

Place of Employment: Cook County

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _Unknown_

B. Approximate date of filing lawsuit: ~~Unknown~~ June of 2006

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ~~~~ David Fuentes

D. List all defendants: Cook County Dept. of Corr. Sheriff

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Cook County Court of Claims

F. Name of judge to whom case was assigned: Unknown

G. Basic claim made: Property missing from Cook County Dept. of Corr.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Unknown

I. Approximate date of disposition: Unknown

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV.　**Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

#1 related claims. EXHIBIT #1

I arrived to Cook County Jail November 10th, 2007. On November 27th 2007 I was transfered from Division 5 tier 2A to Division 9 tier 3C (Workers dorm). Around February 5th, 2008 I had to live in a cell that had a "Toilet work order" and that during my 3½ weeks stay in that cell it was never fix. It was very stressful to live in that cell because I have to constantly squeeze towels and sheets that were issued for personal use due to the flooding caused by flushing the toilet. I brought the issue to officer Phillips my 90 day wing officer, to Superintendent Salazar and officer Norwood and I was given the answer that it was going to be taken care of. This never happen during my stay in that cell.

#2 related claim. EXHIBIT #2 and exhibit 2(A)

On March 30th 2008 I was moved to Division 5 tier (2F) to cell upper 3. While living on this cell I filed a grievance because the ceiling was worn away and it had two open holes. (I filed a grievance because I didn't want to get blamed for Damaging or altering C.C.D.O.C. property) Since I have the top bunk even though "I had been order per the Doctor to sleep on the bottom bunk for medical reasons" my officer disregard such an order. *(This happen on March 30th 2008 upon my arrival to (2F))*

4　　　　　　　　　　　　　　　Revised 9/2007

As a result of this, one of the holes was directly on top of my bunk making me vulnerable to roaches that came out and parade around the ceiling. Also debries kept falling on top of me and my bunk. I have a hard time trying to fall asleep and to live in this cell due to asbestos particles flying around inside my cell. My Social Worker MacFarland had knowledge about this matter. My celly Paul Manning ID# 20080009155 had live in this cell for what I believe 30 days. "The problem had been there for quite some time."

#3 related claim → EXHIBIT #3

On April 8th, 2008 I was told by an officer (of whom I don't recall his name) on second shift to move two cells down "upper 5 cell" on the same tier (2F) Division 5. While on this cell I became aware that neither the ventilation or sink worked.

#4 related claim → EXHIBIT #4

On April 25th, 2008 for unrelated reasons I ignore, half of our wing was move to different wings on division 5. I was re-located on (2M). Upon entering my cell the same issues are present that the ventilation blows extremely cold air and the sink don't work. / On April 29th, 2008 Superintendent Thomas Snooks put the tier on "Lock-down" because someone broke the "tv" and due to this incident we don't have water in our tier nor running water in the showers.

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like this Court to virtually assured me that this attitude and practices by Cook County officials doesn't go unresolved and to hold liable the parties in this complaint. Please look into this matter so that others would not experience the same. This attitude is unfair, unreasonable and inadequate. *THAT INJUNCTIVE RELIEF BE GRANTED*

**VI.**    The plaintiff demands that the case be tried by a jury.  ☒ YES    ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this April day of 28th, 20 08

_____
(Signature of plaintiff or plaintiffs)

David Fuentes
(Print name)

2007-00-85000
(I.D. Number)

P.O. Box 089002
Chgo, Illinios
60608
(Address)

I. **Plaintiff(s): #2**

   A. Name: Corey Frazier

   B. List all aliases: _____

   C. Prisoner identification number: 2007-00-95580

   D. Place of present confinement: 2700 So. California Ave. C.C.D.O.C.

   E. Address: 2700 South California, Chgo, Il. 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Tom Dart

   Title: Cook County Sheriff

   Place of Employment: Cook County Dept. of Corr.

   B. Defendant: Gordinez

   Title: Director C.C.D.O.C.

   Place of Employment: C.C.D.O.C.

   C. Defendant: Thomas Snooks

   Title: Superintendant

   Place of Employment: C.C.D.O.C. Division 5

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _____∅_____

    B. Approximate date of filing lawsuit: _____∅_____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____∅_____

    D. List all defendants: _____∅_____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____∅_____

    F. Name of judge to whom case was assigned: _____∅_____

    G. Basic claim made: _____∅_____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____∅_____

    I. Approximate date of disposition: _____∅_____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I arrive to Cook County Dept. of Corr. December 26th, 2007- I was assign to Division 5 tier (2F) to gallery upper 11- which had no running hot water. I took the matter to my correctional officer C/O Rentas on 1st shift at the time his response was the plummer will come around sometime that day. That time has yet not come. I then turned a grievance form to my Social Worker MacFaRland on April 22nd, 2008. It has been 4 months to me living like this everyday. I still have no adequete running hot water just cold water with high pressure that shoots from the sink. How am I to live and prepare for each day with a soil face and hands. We need hot water to do whats necessary. This attitude is unfair, unreasonable and inadequate./On April 29th 2008 - Superintendent Thomas Snook put (2M) Tier on lock-down. As a result I am refrain from taking showers cause we don't have running water. It's been a week without water on this tier. Someone needs to look into this.

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like this court to virtually assured me that this attitude and practices by Cook County Dept. of Correct. doesn't go unresolved and to hold liable the Cook County Sheriff's for wanton and willful situation. I did what I could to bring this to their attention, to no avail. They knowingly and willfully never resolved this situation nor arrange for me a better living standard cell. ✱THAT INJUCTIVE RELIEF BE GRANTED✱

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __April__ day of __08__, 20__08__

__Corey Frazier__
(Signature of plaintiff or plaintiffs)

__Coral Frazier__
(Print name)

__20070095580__
(I.D. Number)

__1018 S. Linden Bellwood IL 60168__
(Address)

6

# DISCIPLINARY REPORT AND FINDINGS OF FACT

*EXHIBIT #1

**Please Print Information** 04POPA01DS

## SECTION I - DISCIPLINE REPORT

- Division: II
- Date of Infraction: 02/29/08
- Detainee's Name: Fuentes, David
- ID#: 2007-0065000
- Date of Birth: 10/31/1985
- Detainee's Living Unit: 3SE
- Place of Incident: Tier 3-C cell 3361
- Time: 08:57 HRS
- Category: VI
- Description of Charge(s) & Code(s): 601 - Possessing any unauthorized item; 602 - Damaging or altering CCDOC property

- Detainee Injuries: No
- Medical Attention: No
- Name(s): N/A
- Staff Injuries: No
- Medical Attention: No
- Name(s): N/A
- Victim Report: No
- Reported to Internal Investigations: No
- Material Evidence Bag #: BD 532004 — white substance wrapped in plastic

**Description of Incident:** During search of cell 3361 of tier 3SE Officer Crawford #1342 observed several areas where grout had been removed or scraped into. Also found was a white substance wrapped in clear plastic. Sergeant Thomas #1055 along with Captain Maguire #14 both notified.

- Disciplinary Report Delivered to Detainee By (Name and Star #): [illegible] #5200
- Date and Time Delivered: 2/29/08 13:50 HRS
- Detainee's Signature: David Fuentes

- Reporting Employee / Signature & Star #: C/O [illegible] #1342
- CCDOC Personnel Who Witnessed Infraction: Ofc. J Matthews #9335
- Reviewing Supervisor / Signature & Star #: #1055
- Name and Star (printed): Sgt. A Thomas #1055
- Superintendent or designee's Signature: [illegible] #14
- Name and Star (printed): Maguire #14

## SECTION II: DISPOSITION BY DISCIPLINARY HEARING BOARD

- Date of Hearing: 04 Mar 08
- Detainee Requested Witnesses: No
- Waive 24 Hr. Notice: Yes
- Representative/Interpreter: No
- Detainee Witness: [illegible]
- Detainee's Plea to Charge: Not Guilty
- Detainee Status While Awaiting Hearing: SEG

**Detainee's Statement Regarding Infraction:** It does not belong to me (the substance). The damage was already there. I did not do it.

DETAINEE SIGNATURE: [signature]

**Testimony of Witnesses:** [blank]

### IT IS THE FINDING OF THE DISCIPLINARY HEARING BOARD THAT: ("X" APPLICABLE BOX)

[X] GUILTY AS CHARGED  [ ] NOT GUILTY  [ ] INVALID REPORT  [ ] 72 HOURS EXPIRED  [ ] 7 DAY EXPIRED

Disciplinary Hearing Board's Finding is Based On The Following Information:
[X] DETAINEE REPLY/DISCIPLINARY REPORT  [ ] OTHER

Disciplinary Hearing Board Recommends The Following Action: 30 days seg

- Start Date of Action: 02/29/08
- End Date: 03/31/08

Disciplinary Hearing Board Member Signatures/Title/Date: C. Ryles; [illegible] 04 Mar 08; H. McVey 03/04/08

*If found guilty of disciplinary charges, you may appeal to the divisional Superintendent. The Superintendent will render a decision in writing within five (5) working days of receiving the appeal.*

White - Disciplinary Hearing Board's Copy  Yellow - Superintendent Divisional File Copy
Pink - Detainee's Copy After Hearing  Goldenrod - Detainee's Copy Prior to Hearing (notification of Charge(s))

EXHIBIT #3
EXHIBIT #2

Part-A / Control #: _____X_____

Referred To: _____

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: ~~EXHIBIT~~ FUENTES   First Name: DAVID

ID #: 2007-0085000   Div.: 5   Living Unit: 2F   Date: 4/5/2008

**BRIEF SUMMARY OF THE COMPLAINT:** I like to address the fact that on March 30th, 2008 I was moved from Division 9 to Division 5 tier 2-F. I was assigned to cell upper 3 on this same tier (2-F). When I entered this cell I notice that there was already two open holes up in the ceiling. It is my responsibility to inform authorities about this matter so that "no" tickets be issued to me for 612 - Damaging or altering C.C.D.O.C. property. The damage was already there. I don't know who did it. I'm on the top bunk in my cell the foundation is weak, debri keep falling on top of me and the ceiling keeps falling down. Someone needs to look into this before it hurts someone.

**NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
Paul Manning ID# 20080009155, and other detainees prior to my assign to upper 3

**ACTION THAT YOU ARE REQUESTING:**

**DETAINEE SIGNATURE:** David Fuentes

**C.R.W.'S SIGNATURE:** _____   **DATE C.R.W. RECEIVED:** __/__/__

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

EXHIBIT
# 2 - 2(A)

**CERMAK HEALTH SERVICES OF COOK COUNTY**
2800 S. California Ave, Chicago, Illinois 60608
(773) 869-5622

Patient Copy                                                                 1

Patient: Fuentes, David    ID# 070085000    Date: 11-10-07
Problem:    Location: PMC    Weight:    Date of Birth: 10-31-73
                                         Allergy: ∅

Order (Physician's Signature after last order)
① Robaxin 750 mg PO BID x 3wk
② Motrin 600mg PO BID PRN x 4[?]
③ 1st tier / lower bunk

**FOR INFORMATION ONLY - DO NOT DISPENSE**

Physician **PRINT    Time:    Med/Surg [✓]
                     Form 853.01    MHS [ ]

DEA / Illinois Lic.#

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: _____ First Name: __DONALD__

ID #: _____ Div: __5__ Living Unit: __1E__ Date: __04/10/2008__

SUMMARY OF THE COMPLAINT: _I am writing this complaint because_ [illegible] _assign to_ [illegible] _there is no_ [illegible] _cold water_ [illegible]

[large illegible block]

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
[illegible] _1st shift_

ACTION THAT YOU ARE REQUESTING:
_pair the sink and bring the hot water back_

DETAINEE SIGNATURE: _____

DATE C.R.W. RECEIVED: _____

(WHITE COPY - PROG SERV) (YELLOW COPY - C.R.W.) (PINK COPY - DETAINEE) (GOLDENROD COPY - DIVISION/SUPT. OFFICE)

EXHIBIT #1

Part-A / Control #: _____X_____

Referred To: _____

☐ Processed as a request.

## COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: David          First Name: Fuentes

ID #: 2007-0085000   Div.: 5   Living Unit: 2M   Date: 4/25/2008

BRIEF SUMMARY OF THE COMPLAINT: Upon entering cell lower 7 coming from tier 2F on unrelating re-placement of cell I noticed that one of the air ventilation screens was missing from lower 7. Both metal plates were missing upon my arrival, the one on my cell (lower 7) and the cell next to mine lower 8. The drain was already there. I don't know who did it. Also, that our sink and toilet don't work. Someone needs to look into this and accommodate our basic living standards. How am I to prepare for my daily routines with a soil face. We need hot water and cold water in our cell to do whats necessary. THANK You!

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: Jose Raib #2...

ACTION THAT YOU ARE REQUESTING: To take notice of the damage (missing plates), To repair our sink and accommodate me to a working sink cell; repair the ventilation system.

DETAINEE SIGNATURE: _____

C.R.W.'S SIGNATURE: _____   DATE C.R.W. RECEIVED: ___/___/___

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

EXHIBIT #5



# John Howard Association of Illinois

300 West Adams Street, Suite 423   Chicago, IL 60606
Tel. 312-782-1901   Fax. 312-782-1902   www.john-howard.org

April 25, 2008

Mr. David Fuentes
2007-0085000
P.O. Box 089002
Chicago, IL 60608

Dear Mr. Fuentes,

We received your letters dated 4/8/08 and 4/10/08 regarding conditions in Division 5.

When we next visit Cook County Jail we will check out the conditions you describe.

In the meantime you should file a grievance on those conditions.

Sincerely,

*Charles A. Fasano*

Charles A. Fasano, Director
Prisons and Jails Program

EXHIBIT A of COREY FRAZIER

Part-A / Control #: _____X_____

Referred To: _____

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: __FRAZIER__  First Name: __COREY__

ID #: __2007-00-95580__ Div.: __5__ Living Unit: __2E__ Date: __4/20/2008__

BRIEF SUMMARY OF THE COMPLAINT: This complaint is because the cell I'm assigned to upper II tier (2E) has the sink broke since I was assigned to this cell. I do not have hot water running since, every time I use for cold water (is all I get) it jumps over me. Me and selly only get hot water at the shower. At times the cold water in our sink stays on running non stop. It is hard to live under this cells because it is already cold and freezing there. I also deal with the fact me and selly got to wait for our door to be popped and wash our face and wash our teeth. This makes it very stressful and inappropriate for me and selly to live waiting for our door to be popped so that we could get out and take care of our hygene. The urinals and washer at the dayroom are also broke and we can only get cold water there as well. The only hot running water is at the shower. Someone need to look into this and fix these problems.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
Social Worker for (2E), officer Banks 1st Shift wing officer

ACTION THAT YOU ARE REQUESTING:
To fix our sink and turn the hot water back on in our cell, also not to overlook the urinals and washer at the dayroom restroom that need...

DETAINEE SIGNATURE: _____

C.R.W.'S SIGNATURE: _____  DATE C.R.W. RECEIVED: ___/___/___

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)  (YELLOW COPY – C.R.W.)  (PINK COPY – DETAINEE)  (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

*page #2*

*EXHIBIT B of COREY FRAZIER*

Part-A / Control #: _____X_____

Referred To: _____

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: **Frazier**    First Name: **Corey**

ID #: **2007-0095580**   Div.: **5**   Living Unit: **2M**   Date: **5/7/08**

BRIEF SUMMARY OF THE COMPLAINT: On April 29th we were put on lock down in our tier and because of this our shower was out for 1 week. I was moved April 25th from tier (27) where I had filed a grievance for having the sink in my cell broke ever since I was assign to that cell (12-26-07) After my relocation on tier 2M I basically have the same problems with the sink. I'm only surviving with hot water and this problem makes it ocrwhdmir difficult to deal with. On the date April 29th Superintendant Thomas Snooks came to our tier outraged because of a sitution had happ earler. After He ordered his officer to locked us down in our cells He demanded to all detainees to clean thier cells if they want it to come out. We rai the issue to him about the problems we having in our cells and basically he gave us th

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: Emil Cannon 20 0964469 C/O Davis first shift C/O Easton 2nd shift C/O Rice 2nd shift

ACTION THAT YOU ARE REQUESTING: To please fix this problems in our cells or Relocate me to Different cell where cold water and hot water can be use

DETAINEE SIGNATURE: *Corey Frazier*

C.R.W.'S SIGNATURE: _____    DATE C.R.W. RECEIVED: __/__/__

*Please note:* Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _____X_____

Referred To: _____

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Frazier     First Name: Corey

ID #: 2007-0045580   Div.: 5   Living Unit: 2m   Date: 5/7/08

BRIEF SUMMARY OF THE COMPLAINT: the answer that all we needed was to pick any garbage we might have in our cells How am I to surviv in my cell with only Hot water shooting from the sink I'm always collecting milk carton to fill with cold water and bring to my cell to drink we need cold and hot water to do what's necessary.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: Emize Cannon 2007004444 C/O Davis first shift  C/O Easton 2nd shift  C/O Rice 2nd Shift

ACTION THAT YOU ARE REQUESTING: To please fix this problem in our cell or Relocate m to a different cell where cold water and Hot water can be use.

**DETAINEE SIGNATURE:** Corey Frazier

C.R.W.'S SIGNATURE: _____   DATE C.R.W. RECEIVED: ___/___/___

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)