Prisioner Correspondence
Clerk's office.
OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 So. Dearborn street
Chicago, Illinois 60604

June 11th, 2008

**FILED**
JUN 1 6 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

Hi! Dear clerk,

I'm sending three grievence forms as EXHIBITS 6, 7, 8 of my action cause entitle: David Fuentes, et al. -vs- Tom Dart, etc., et al. assigned case number (08C2789) and to: Honorable Judge Manning.

Thank you!
David Fuentes

EXHIBIT 6

08 C 2789

EXHIBITS TO COMPLAINT

## COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Part-A / Control #: __X__

Referred To: _____

☐ Processed as a request) 6 2008 MB

June 16, 2008

RECEIVED

Detainee Last Name: **Fuentes**     First Name: **David**

ID #: **2007-00-85000**   Div.: **5**   Living Unit: **2C**   Date: **05/26/08**

BRIEF SUMMARY OF THE COMPLAINT: In summary: The light in the shower doesn't work, everytime it's fixed it goes out in one or two days. Only one shower head works all the others just dribble water. We need TBQ disinfectant, Bowl cleaner for the dayroom toilets and cell toilets. Also general purpose cleaner for the floors in and out of our cells. There is a masive nat (fruit flys) infestation on our tier and in my cell. Also the water in the bathroom (dayroom) (gallery) sink doesn't turn off causing the floor to be flooded all the time, which is danger to slip and fall. One of the urinals doesn't work and has a nasty smell coming from it, which caused us to use a bag to cover it up. These issues have been going on long before I got to this tier and haven't been taken care of. "When are they going to be address before we catch a disease in here or hurt ourselves from a unsafe environment?"

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
J. Sweezer ID# 2008-00-33783

ACTION THAT YOU ARE REQUESTING: To make up for us to use these disinfectants to clean our cell toilet and general dayroom. Also, to fix the matters explained briefly in the complaint.

DETAINEE SIGNATURE: _[signature]_

C.R.W.'S SIGNATURE: _____   DATE C.R.W. RECEIVED: _____

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or disputed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG SERV) (YELLOW COPY – CRW) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICER)

**PART C**

## C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST

*Please note: When processed as a request, N/R's are not applicable.*

Detainee's Last Name: _Tuczak_　　First Name: _David_

ID#: _2007-0047000_　　Div: _5_　　Tier/Living Unit: _2D_

Date of Request: _5/20/08_　　Date C.R.W. Received Request: _5/29/08_

This Request has been processed by: _M. McInlane_　　C.R.W.

**Summary of Request:**

Detainee requesting cleaning supplies and work orders submitted to improve the living conditions on the tier.

**Response and/or Action Taken:**

WORK ORDERS HAVE BEEN SUBMITTED AS OF 5 JUNE 08 FOR THE FOLLOWING PLUMBING/HEAT ISSUES TO BE ADDRESSED. TIER 2C HAS BEEN GIVEN CHEMICALS TO CLEAN & PROPER CLEANING ON SAID TIER.

_Lt. McInnes_　　_[signature]_　　Date _6-5-08_　　Div/Dept _5_
(Print name of individual responding)　(Signature of individual responding)

EXHIBIT

Hofeach

Part-A / Control #: _____X_____

Referred To: _____

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: **FUENTES**    First Name: **DAVID**

ID #: **2007-00-85000**   Div.: **5**   Living Unit: **2C**   Date: **06/03/2008**

BRIEF SUMMARY OF THE COMPLAINT: I arrive to tier (2C) on May 15th, 2008. Upon entering my assigned cell (lower 4), I checked if there was any hot water running on the inside cell sink. There was none. Upon pressing the cold water button it shot out in to the air, my face and then floor. The cold water stays running all the time too. The toilet inside my cell needs to be properly sanitize with disinfectant. There is massive (fruit fly) nat infestation flying around inside my cell and nesting-also inside my cell. We should at least be given the chance once a week to use a "scrub brush" and sanitizers to properly disinfect and clean at least our toilet inside our cells. No human should be force to endure 16 hours a day under this unsanitary and unfairly conditions. This cell is my temporary place of confinement, and "survival". I have wrote numerous complaints about this concern matters to no avail. The sink inside the cell leaks water and cause in two occasions flooding

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: SELF DAVID FUENTES 20070095000 and had been reported to "C. Almeida."

ACTION THAT YOU ARE REQUESTING: SCRUB BRUSH, SANITIZERS. TO REPAIR THE SINK AND ADDRESS THE PROBLEM WITH THE HOT WATER. THANK YOU!

DETAINEE SIGNATURE: _____

C.R.W.'S SIGNATURE: _____     DATE C.R.W. RECEIVED: ___/___/___

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION SUPT. OFFICE)

EXHIBIT 8

Part-A / Control #: _____X_____

Referred To: _____

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: **Fuentes**     First Name: **David**

ID #: **2007-00-85000**   Div.: **5**   Living Unit: **2C**   Date: **06/08/2008**

BRIEF SUMMARY OF THE COMPLAINT: On May 1st I was getting ready to go to Court at around 4:30 A.M. I was at the wash station located on the general restroom. This wash station has been reported to get the plumber come fix the problem because it stays on all the time sprinkling water over the floor making it wet, slippery and dangerous for people when they there." As I was washing my face and brushing my teeth inside the restroom I slipped and fell hitting my left knee as I was falling to the wet floor. I immediately felt something popping out and I began to feel in pain. I still was able to walk to Court and I resolved to request medical attention after my Court. I turned 1 (one) medical slip to C/o Almeida on 1st shift but I was never called. Then on June 5th 1 (one) more to C/o Butler and I'm still haven't been taking to get X ray it. It has passed 45 days since this incident and my knee still hurts. A bump is

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT
sticking out. I don't know what it is.

ACTION THAT YOU ARE REQUESTING:
To Please take me to CERMAK and be examined by the Doctor

DETAINEE SIGNATURE: *David Fuentes*

C.R.W.'S SIGNATURE: _____   DATE C.R.W RECEIVED: __/__/__

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)