UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

JUN 26 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

David Fuentes

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cook County Sheriff Tom Dart, Cook County D.O.C. Director Gordinez, Superintendent Thomas Snooks, Superintendent Salazar.

Case No: 08C 2789
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:      AMENDED

✓   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
    U.S. Code (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A. Name: David Fuentes

    B. List all aliases: _____

    C. Prisoner identification number: 2007-00-85000

    D. Place of present confinement: Cook County Jail Division 5 (2C)

    E. Address: 2700 So. California Ave.

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: Sheriff Tom Dart

       Title: Cook County Sheriff

       Place of Employment: Cook County

    B. Defendant: Gorninez

       Title: Cook County Dept of Corr. Director

       Place of Employment: Cook County Dept. of Corr.

    C. Defendant: Salazar - (MALE)

       Title: Superintendant Cook County Dept. of Corr.

       Place of Employment: Cook County

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

I. **Plaintiff(s):**

   A. Name: David Fuentes

   B. List all aliases: _____

   C. Prisoner identification number: 2007-00-85000

   D. Place of present confinement: Cook County Dept. of Corr.

   E. Address: 2700 So. California Ave.

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Thomas Snooks
      Title: Superintendent Cook County Dep. of Corr.
      Place of Employment: Cook County

   B. Defendant: _____
      Title: _____
      Place of Employment: _____

   C. Defendant: _____
      Title: _____
      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III.   List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A.   Name of case and docket number: Court of Claims, not known case No.

   B.   Approximate date of filing lawsuit: June of 2006

   C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: Self David Fuentes

   D.   List all defendants: Cook County Sheriffs - Michael Sheahn

   E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Cook County Court of Claims

   F.   Name of judge to whom case was assigned: Not Known.

   G.   Basic claim made: Property lost at Cook County Dept. of Corr-

   H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed.

   I.   Approximate date of disposition: Not Known.

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:** PAGE (1) of (3)

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

*Related Claim #1*

I arrive to Cook County Jail November 10th, 2007. On November 27th, 2007 I was transfered from Division 5 "tier 2A" to Division 9 "tier 3C". From or around February 5th, 2008 to February 29th, 2008 I had to live in a cell where the toilet was broke. This cell was temporaly close because the toilet constantly flooded it the cell, yet Correctional officers resolved to re-open the cell without the toilet been fixed. It was very uncomfortable to live in that cell because I have to constantly squeeze towels and bed roll sheets issue for personal use due to the flooding caused by flushing the toilet. On several occasions I brought the issue to C/O Phillips on 1st shift, to Superintendent Salazar and C/O Ms. Norwood and I was always given the answer that it was going to be taken care of. This never happen while I live there in this cell Division 9 "tier 3C" cell 3361.

*Related Claim #2*

On March 30th, 2008 I was moved to Division 5 "tier 2F" to cell upper 3. While living on this cell I filed a grievance form because the ceiling was worn away and tearing apart. Up on the ceiling were two holes, one of the holes was directly on top of my bunk making me vulnerable to roaches that came out and parade around the ceiling.

IV.  **Statement of Claim:** Continue Page (2) of (3)

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

*Continue Related Claim #2* ↓

Also debries kept falling on top of me and the bunk. There was also the problem with the asbestos particles flying around inside the cell. "The problem had been there for quite some time" (NOTE: It is in this cell where the issues and problems with sink began)

*Related Claim #3* — On April 8th, 2008 I was moved two cells over to "upper 5" on the same tier "2F". I also notice there that neither the sink work and didn't have adequate running water inside (the sink faucet only shooted cold water through the air) - The ventilation sistem didn't work adequately neither

— On April 25th 2008 I was moved to "tier 2M" upon entering my cell I notice again that the ventilation sistem wasn't working properly and both sink and - toilet had serious problems. The sink only have hot water that when I pushed the botton will shoot through the air. The toilet will stay running at times.

— On May 14 2008 The cell flooded because the toilet stayed running. c/o Lopez on 2nd Shift was notified, yet he didn't attempt to move us out.

— On May 15 2008, after the 1st shift count (7:00 A.M.) I told the officer on duty to take notice of all the water inside the cell and coming out from under the cell door down to the lower gallery. As a result I was moved to other wing (16 hours later)

— I arrived to "tier 2C" on May 15th, 2008 Upon entering my assigned cell (lower 4)

*EXHIBIT A*  I notice once again that the sink only produce cold water inside the cell. This sink faucet also shoots the water up in the air with such high pressure that I am force to put a juice container to cover the faucet to keep it from shooting. A grievance form was filed on June 5th, 2008, yet it still pending a written response about the matter.

5

There is numerous cells that their sink faucets shoot the water up in the air and unto the floor, there is also flooding in some cells as well due to plumbing problems in the building as well as leakage issues from under the toilets and sinks attached to the walls. The tiers sometimes get flooded due to serious issues with the plumbing sistem in the building that has been going on for quite some time. The cells I have "lived" and was assign to did not have properly and adequatly running water. (Some didn't have hot water running, Some cold water.) The situation is currently ongoing and extremely difficult to deal with at times. I had filed numerous grievances about the matters and issues in question in regard to the water that we should not be deprived of and the ventilation sistem that should be blowing and extracting the air properly so it won't be moisty. The Cook County Jail created it a sistem in which detainees should remain and be locked up in their cells "18 hours" a day. The currently issues describe in part only the matters of broken sinks, toilets, ventilation and adequate running water (Hot and Cold) inside the cells.

* There is massive nat (fruit flyes) infestation on our tiers and inside the cells, there is roaches parading around the walls and floors and massive mice infestation as well. *

V.   **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I WOULD LIKE THIS COURT TO VIRTUALLY ASSURED ME THAT THIS ATTITUDE AND PRACTRICES BY COOK COUNTY JAIL DOESN'T GO UNRESOLVED. TO HOLD THEM LIABLE FOR COMPENSATORY MONEY. "TO PLEASE LOOK INTO THIS MATTER AND GRANT "INJUNCTIVE RELIEF", SO THAT OTHERS WOULD NOT EXPERIENCE THE SAME. THIS ATTITUDE IS UNFAIR, UNREASONABLE AND INADEQUATE."

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 19th day of June, 20 08

_____
(Signature of plaintiff or plaintiffs)

David Fuentes
(Print name)

2007-00-85000
(I.D. Number)

Division 5 (2c)

P.O. Box 089002

Chicago, Illinois 60608
(Address)

7                                        Revised 9/2007

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

**Detainee Last Name:** DENTS **First Name:** [illegible]

**ID #:** [illegible] **Div:** 5 **Tier/Living Unit:** 2C **Date:** [illegible]

**BRIEF SUMMARY OF THE COMPLAINT:** I arrive to Div 2 C Wing [illegible] during my intake, assigned cell (lower 4). There was no water running on the inside cell sink. There was no cold water. I [illegible] the button. It shot out in to the [illegible] hot & cold water. It was running all the [illegible] My cell needs to be properly sanitized with [illegible] I have a fly infestation flying around constantly [illegible] in my cell. I would at least be given the chance [illegible] proper cleaning sanitizers to properly disinfect my [illegible] toilet inside the cell walls. No human should be force to live in these unsanitary and unfairly conditions [illegible]

**ACTION THAT YOU ARE REQUESTING:** [illegible]

[illegible signature line]

EXHIBIT 6

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: **Fuentes** First Name: **David**

ID #: **2007-00-85000** Div.: **5** Living Unit: **2C** Date: **05/26/08**

BRIEF SUMMARY OF THE COMPLAINT: In summary: The light in the shower doesn't work, everytime it's fixed it goes out in one or two days. Only one shower head works, all the others just dribble water. We need TBQ disinfectant, bowl cleaner for the dayroom toilets and cell toilets. Also general purpose cleaner for the floors in and out of our cells. There is a masive nat (fruit flys) infestation on our tier and in my cell. Also the water in the bathroom (dayroom) (gallery) sink doesn't turn off causing the floor to be flooded all the time, which is danger to slip and fall. One of the urinals doesn't work and has a nasty smell coming from it, which caused us to use a bag to cover it up. These issues have been going on long before I got to this tier and haven't been taken care of. "When are they going to be addressed before we catch a disease in here or hurt ourselves from a unsafe enviroment"?

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
J. Sweezer ID# 2008-00-83783

ACTION THAT YOU ARE REQUESTING: To make up for us to use these disinfectants to clean our cell toilet and general dayroom. Also, to fix the matters explained briefly in the complaint.

DETAINEE SIGNATURE: *David Fuentes*

C.R.W.'S SIGNATURE: _____ DATE C.R.W. RECEIVED: __/__/__

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

EXHIBIT

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST

*Please note: When processed as a request, PART – B is not applicable.*

**Detainee's Last Name:** Fuentes  **First Name:** David

**ID#:** 2007-0099000  **Div:** 5  **Tier/LivingUnit:** 2C

**Date of Request:** 5/20/08  **Date C.R.W. Received Request:** 5/29/08

**This Request has been processed by:** M. MacFarlane  C.R.W.

**Summary of Request:**

Detainee requesting cleaning supplies and work orders submitted to improve the living conditions on the Tier.

**Response and/or Action Taken:**

WORK ORDERS HAVE BEEN SUBMITTED AS OF 5 JUNE 08 FOR THE FOLLOWING PLUMBING THAT NEEDS TO BE ADDRESSED. TIER 2C HAS BEEN GIVEN CHEMICALS TO PROVIDE PROPER CLEANING OF SAID TIER.

LT. HERNANDEZ  **Date:** 6/5/08  **Div./Dept.** 5
(Print- name of individual responding)  (Signature of individual responding)

( WHITE COPY – PROG. SERV. CENTRAL OFFICE )  ( YELLOW COPY – C.R.W. WEEKLY PACK )  ( PINK COPY – DETAINEE )

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: **Fuentes**     First Name: **David**

ID #: **2007-0035000**   Div.: **5**   Living Unit: **2C**   Date: **06/08/2008**

BRIEF SUMMARY OF THE COMPLAINT: On May 1st I was getting ready to go to Court at around 4:30 A.M. I was at the wash station located on the general restroom. This wash station has been reported to get the plumber come fix the problem because it stays on all the time sprinkling water over the floor making it wet, slippery and dangerous for people when they there. As I was washing my face and brushing my teeth inside the restroom I slipped out hitting my left knee as I was falling to the wet floor. I immediately felt something popping out and I began to feel in pain. I still was able to walk to Court and I resolved to request medical attention after my Court. I turned 1 (one) medical slip to c/o Almeida on 1st shift but I was never called. Then on June 5th 1 (one) more to c/o Butler and I'm still haven't been taking to get X ray it. It has passed 45 days since this incident and my knee still hurts. A bump is sticking out. I don't know what it is.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT

ACTION THAT YOU ARE REQUESTING: To Please take me to CERMAK and be examined by the Doctor

DETAINEE SIGNATURE: *[signature]*

C.R.W.'S SIGNATURE: _____   DATE C.R.W. RECEIVED: ___/___/___

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)  (YELLOW COPY – C.R.W.)  (PINK COPY – DETAINEE)  (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

EXHIBIT

## C.C.D.O.C. DETAINEE GRIEVANCE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO WELFARE OR SAFETY OF A DETAINEE*

Detainee's Last Name: __Ivaris__   First Name: __Paula__   ID: _____

Is This Grievance An **Emergency**?   YES ☐   NO ☒

C.R.W.'S Summary Of The Complaint: __Detainee alleges lack of medical attention__

C.R.W. Referred Griev. To: __CMWL__   Date Referred: __6/12/08__

**Response Statement:**
__Referred to Dr. Physician / Patient Care Services__

__C. Smith__ / __(signature)__   Date: __6/16/08__   Div./Dept: __CHS__
(print- name of individual responding to this griev.) (signature of individual responding to this griev.)

__Chief Smith__ / __(signature)__   Date: __6/18/08__   Div./Dept: __CDCC 5__
(print - name of Supt./ Designee / Dept. Admin.) (signature of Supt./ Designee / Dept. Admin.)

__J. Mueller__ / __(signature)__   Date: __6/18/08__
(print - name of Prog. Serv. Admin./ Asst. Admin.) (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: __6/18/08__   Detainee Signature: __(signature)__

### REQUEST FOR AN APPEAL
*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: ___/___/___

Detainee's Basis For An Appeal: _____

Appeal Board's Acceptance Of Detainee's Request:   YES ☐   NO ☐

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:

Appeal Board's Signatures / Dates:

Date Detainee Rec.'d the Appl. Bd.'s Response: ___/___/___   Detainee Signature: _____

GRIEVANCE CODE(S): _____

(WHITE COPY - PROG. SERV.) (YELLOW COPY - C.R.W.) (PINK COPY - DETAINEE) (GOLDENROD COPY - DIVISION/SUPERINTENDENT)