**Department of Justice**
United States Marshals Service
Northern District of Illinois

# Memo

**To:** Clerk's Office

**From:** Tamar De.Costa

**Date:** July 16, 2008

**Re:** Case#08C2789

---

I am returning the attached case#08C2789, David Fuentes v. Tom Dart. A summons has not been provided showing the name of the party to be served. Only the complaint and docket entry was received.

Tamar
Civil Process

FILED
JUL 17 2008 YM
Jul 17 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1