TITLE EXHIBIT A   MHW

Office of the
Clerk of U.S. District
Court

**FILED**
8-25-2008
AUG 2 5 2008  mB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

August 15th, 2008

08cv2789

Dear prisoner correspondence Clerk's office;

I'm writing to inform you of the developments in my cause entitle David Fuentes vs- Tom Dart, etc., et al., case No.- 08C2789 assign to Judge Manning.

I am enclosing a copy of my detainee grievance as exhibit in this development that I believe is unfair.

I feel that my cause in this case has been jeopardize by this prejudice. I do not think it is in the best interest of my cause that Cook County officials went beyond their authority and power and scrutinize the docket entry text, and statement and give them an opportunity to correct the issues in my claim. Please be advice of this unfair prejudice.

Respectfully submitted
David Fuentes
ID# 2007-00-85000

## CERTIFICATE OF SERVICE

I, David Fuentes, swear under penalty of perjury that I served a copy of the attached document on Prisioner Correspondence Clerk's office U.S. District Court 219 South Dearborn Street - Chicago, Illinois 60604, by placing it in the mail at Cook County Jail on 20th August 08
                                                    Date.


Signed

David Fuentes
ID# 2007-00-85000
P.O. Box 089002
Chicago, Illinois
60608

EXHIBIT A

Part-A / Control #: 2__ X ____

Referred To: Div 5

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Fuentes   First Name: David

ID #: 2007-0085000   Div.: 5   Living Unit: 2E   Date: 7/23/08

On May 14th, 2008 I received legal mail from the U.S. District Courthouse and a Cook County Jail officer other than my tier officer deliver this mail sealed to my cell door. He opened the legal mail envelope in front of me and left. This particular mail I received contained therein a Petition for leave to file and proceed In forma pauperis" entered and docket with the U.S. States District Courthouse. Then on June 16th, 2008 officer Butler handed me a big yellow envelope sowing from the U.S. District Courthouse that it was already open and officer Butler mention to me he need it to open in front of me, but he mistakingly didn't. The next morning I asked officer Butler if he opened the envelope the day before or if it came back open from the mail room, he responded he mistakingly opened it but that he didn't read it. This envelope it is my understanding is considered privilage mail and it contained therein a docket entry text disclosing confidential information that should only be a concern matter to the party that it was sent to. Then again I received yet another U.S. District Courthouse legal mail envelope that I received July 16th, 2008 that it also contained therein a docket entry text disclosing confidential information from my previously complaint under the civil right Act, title 42 Section 1983 U.S. Code. Officer Almeida handed me this envelope open and unsealed. Cook County Jail officials should not open this privilage mail under any circumstances without the presence of the detainee and his signature upon receiving it. I feel my U.S. Constitutional right of freedom of speech U.S.C. amendment(s) has been violated. Somebody needs to look upon this concern matter

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
Detainee's should always sign upon receiving privilage mail!!!

ACTION THAT YOU ARE REQUESTING: A thoroughly investigation on these practices and follow proper procedure when passing out legal privilage mail that should always be signed upon.

DETAINEE SIGNATURE: _David Fuentes_

C.R.W.'S SIGNATURE: Wright   DATE C.R.W. RECEIVED: 7/25/08

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)  (YELLOW COPY – C.R.W.)  (PINK COPY – DETAINEE)  (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part – B / Control #: _____X_____

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: F_____   First Name: _____   ID#: _____-_____

Is This Grievance An **Emergency**?   YES ☐   NO ☒

C.R.W.'S Summary Of The Complaint: _____

C.R.W. Referred Griev. To: _____DIV 5_____   Date Referred: __/__/__

Response Statement: OFC. BUTLER STATED THAT HE DID NOT OPEN THE MAIL WHILE NOT IN THE PRESENCE OF INMATE FUENTES. OFC. ALMEIDA ALSO STATED THAT HE DID NOT OPEN THE MAIL WHILE NOT IN THE PRESENCE OF INMATE FUENTES

CAPT. HUDIK C3 — Capt Hud[sig]   Date: 8/15/08   Div./Dept. 5
(print- name of individual responding to this griev.) (signature of individual responding to this griev.)

CAPT. HUDIK C3 — Capt Hud[sig]   Date: 8/15/08   Div./Dept. 5
(print - name of Supt. / Designee / Dept. Admin.) (signature of Supt. / Designee / Dept. Admin.)

C. WAETON — [sig]   Date: 8/15/08
(print - name of Prog. Serv. Admin./ Asst. Admin.) (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: __/__/__   Detainee Signature: _____

### REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: __/__/__

Detainee's Basis For An Appeal: See attached page on the back please.

Appeal Board's Acceptance Of Detainee's Request:   YES ☐   NO ☐

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:

_____

Appeal Board's Signatures / Dates:

_____

Date Detainee Rec.'d the Appl. Bd.'s Response: __/__/__   Detainee Signature: _____

GRIEVANCE CODE(S): (____) (____) (____) (____)

(WHITE COPY - PROG. SERV.)  (YELLOW COPY – C.R.W.)  (PINK COPY - DETAINEE)  (GOLDENROD COPY – DIVISION/SUPT. OFFICE)